UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 09, 2022

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

JONNY RODRIGUEZ-GONZALEZ,

               Defendant.

Case No.  2:22-mj-00169-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

     This is to authorize and direct you to release  JONNY RODRIGUEZ-
GONZALEZ , Case No.  2:22-mj-00169-DB  Charge 21 U.S.C. §§ 963, 952(a),
960(a)(1), and 960(b)(1), from custody for the following reasons:

            Bail Posted in the Sum of $ _____

    X    Unsecured Appearance Bond $ **$25,000.00 unsecured bond, to be cosigned by the defendant's mother, Erica Gonzalez**

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

    Issued at Sacramento, California on December 09, 2022, at  2:51 pm    PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney