PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-MJ-169 |
| Plaintiff, | ORDER STAYING MAGISTRATE JUDGE'S ORDER OF RELEASE |
| v. | |
| JONNY RODRIGUEZ-GONZALEZ, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, good cause having been shown, it is hereby ORDERED that the order issued December 9, 2022, by this Court, authorizing the release of the defendant, Jonny Rodriguez-Gonzalez, shall be stayed, and the defendant shall remain in the custody of the United States Marshal's Service until 12:00 p.m. on Wednesday, December 14, 2022, so that assigned district judge may rule on the now pending appeal of this release order in the Middle District of Tennessee, pursuant to Title 18, United States Code, Section 3145.

IT IS SO ORDERED.

Dated: December 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE