PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-MJ-169-DB |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (ECF NO. 18) |
| v. | |
| JOHNNY RODRIGUEZ-GONZALEZ, | |
| Defendant. | |

Given the assigned district judge's December 14, 2022 order granting the government's appeal in the Middle District of Tennessee, the Defendant's Motion for Reconsideration of this Court's Order Granting Request to Stay Release Order (ECF No. 18) is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:  December 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES' RESPONSE TO DEFENSE
MOTION FOR RECONSIDERATION